**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7039**

---

ALBERT GLENN,

Plaintiff - Appellant,

versus

G. SHINAULT, Assistant Warden; D. PAYNE, Major,

Defendants - Appellees,

and

ADMINISTRATOR, Keen Mountain Correctional Center,

Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CA-98-593-7)

---

Submitted:  December 7, 1999        Decided:  December 20, 1999

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Albert Glenn, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Glenn appeals the district court's order granting summary judgment in favor of the Appellees and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, see Glenn v. Shinault, No. CA-98-593-7 (W.D. Va. July 23, 1999), and deny Glenn's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED